FILED

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

2025 JUL 21  P 1:17

Andrew Bulas  (703) 509-1716
14621 Lilva Dr
Centreville, VA 20120

1:25cv-1267

v.

ClubCorp USA, Inc. / Tower Club Tysons

[Corporation Service]
[2nd Floor]
[Richmond, VA 232--]

Civil Action No. _____ (to be filled in by Clerk)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION AND WRONGFUL TERMINATION

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., and 28 U.S.C. § 1331 (federal question jurisdiction). Plaintiff also asserts claims under Virginia law for wrongful termination in violation of public policy.
2. Venue is proper in the Eastern District of Virginia under 28 U.S.C. § 1391(b) because the events giving rise to this claim occurred in Tysons, Virginia, where the Defendant operates the Tower Club.

### II. PARTIES

3. Plaintiff, Andrew Bulas, is a resident of [Your City], Virginia, and was employed by Defendant at the Tower Club in Tysons, Virginia.
4. Defendant, ClubCorp USA, Inc., owns and operates the Tower Club Tysons and is an employer within the meaning of 42 U.S.C. § 2000e(b).

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

5. March 2025
6. May 7, 2025

7. This complaint is being filed within 90 days of receipt of the Right to Sue letter, as required by law.

## IV. FACTUAL BACKGROUND

8. January 2023
9. During his employment, Plaintiff made good faith internal complaints about discrimination, unethical management conduct, and workplace mistreatment.
10. Following these complaints, Plaintiff was subjected to retaliation including removal of responsibilities, exclusion from work communications, and other adverse employment actions, ultimately resulting in wrongful termination.
11. Plaintiff was not given legitimate cause for termination, and the decision was pretextual and retaliatory in nature.
12. After the termination, the Defendant made false and misleading statements to the Virginia Employment Commission (VEC) by claiming that Plaintiff "voluntarily left" the position. In truth, Plaintiff was forced out and wrongfully terminated following sustained retaliation.
13. Defendant's misrepresentation to the VEC was made in bad faith and caused further financial and reputational harm to Plaintiff.

## V. CLAIMS FOR RELIEF

14. Count I – Retaliation in Violation of Title VII
15. Plaintiff restates and incorporates all preceding paragraphs.
16. Plaintiff engaged in protected activity by reporting misconduct and discrimination.
17. Plaintiff suffered adverse employment actions, including termination, as a direct result of his protected activity.
18. Defendant's conduct violated Title VII's anti-retaliation provision.
19. Count II – Wrongful Termination in Violation of Public Policy (Virginia Law)
20. Plaintiff was terminated for engaging in protected activity and reporting wrongdoing, in violation of Virginia's public policy against retaliation and wrongful discharge.
21. The termination lacked just cause and was directly tied to Plaintiff's good faith complaints about unlawful conduct in the workplace.
22. Count III – Defamation / False Reporting to VEC
23. Defendant knowingly and falsely reported to the Virginia Employment Commission that Plaintiff voluntarily left his position.
24. Defendant's statements were false, defamatory, and intended to harm Plaintiff's ability to receive benefits and maintain professional credibility.

## VI. PRAYER FOR RELIEF

25. WHEREFORE, Plaintiff respectfully requests that this Court:
26. A. Enter judgment in his favor against Defendant;
27. B. Award back pay, front pay, and compensatory damages;
28. C. Award punitive damages due to the willful and retaliatory nature of Defendant's conduct;
29. D. Grant reinstatement or front pay in lieu of reinstatement;

30. E. Award damages for defamation and reputational harm caused by Defendant's false reporting to VEC;
31. F. Award costs and, if later applicable, attorneys' fees; and
32. G. Grant such other and further relief as the Court deems just and proper.

**VII. JURY DEMAND**

33. Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

_[signature]_

July 30, 2025

~~#~~ (703) 209-1716

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

Andrew Bulas
_____
Plaintiff(s),

v.

ClubCorp, Inc / Tower Club
_____
Defendant(s),

Civil Action Number: _____

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of ___Complaint___
(Title of Document)

Andrew Bulas
_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: __07/31/25__ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)