EEOC Form 5 (07/24)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 570-2024-03576 |
| Fairfax County Office of Human Rights and Equity Programs | |

Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*: Andrew Bulas
Home Phone: (703) 209-1716
Year of Birth:
Street Address: 14621 Liva Drive
Centreville, VA 20120

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.
Name: Club Corp - Tower Club 1
No. Employees, Members: 15 - 100 Employees
Phone No.: (972) 243-6191
Street Address: 8000 Towers Crescent Drive Unit 1700

Vienna, VA 22182

Name:
No. Employees, Members:
Phone No.:
Street Address:

DISCRIMINATION BASED ON:
Color, Race, Retaliation

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08/01/2023
Latest: 04/14/2024

THE PARTICULARS ARE:

In or around August 2023, I began my employment at the above-mentioned Respondent in the position of Bartender/Server.

During my tenure at the Respondent, I experienced racial harassment and mistreatment by management, Mr. David Thompson, Ms. Nicole Foster, and a few employees such as Ms. Priscilla Marcelino, Mr. Tomas Valencia, Chef Fran, and Chef Jose. For example, Ms. Foster called me "Weird White Ass", Chef Jose called me "el blanquito", Chef Fran called me "Weirdo guy". Additionally, despite being hired as a Bartender and Server, I was only tasked as a server with miscellaneous duties.

On January 4, 2024, I reported the mistreatment and misconduct, however, these wrongful activities continued and even escalated. Management seized the opportunity to terminate my employment, claiming it was due to a minor issue with tip handling. Collecting tips at the table was a common practice among all servers and managers at my location, yet I was dismissed around April 14, 2024. While other employees engaged in the same behavior without facing any consequences, I was unfairly singled out and terminated for speaking up about these issues.

I believe I was discriminated against on the basis of my Race (Multi races), Color (White) and retaliated against for engaging in protected activity, in violation of Title VII of The Civil Rights Act of 1964, as amended.

Page 1 of 3

EEOC Form 5 (07/24)

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

_[signature]_  9-15-24
Charging Party Signature & Date

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

_[signature]_
Signature of Complainant

Subscribed and sworn to before me this date: 9-15-24



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Washington Field Office
131 M Street, NE Fourth Floor, Suite 4NWO2F
Washington, DC 20507
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/05/2025

**To:** Andrew Bulas
14621 Liva Drive
Centreville, VA 20120

Charge No: 570-2024-03576

EEOC Representative and email:   ROBERT HERSEY
Administrative Support Assistant
robert.hersey@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 570-2024-03576.

On behalf of the Commission,

Digitally Signed By: Mindy E. Weinstein
05/05/2025
Mindy E. Weinstein
Director

**Cc:**
Matthew Brown
Ogletree Deakins
1909 K ST NW STE 1000
Washington, DC 20006

Carla Yat
Club Corp
8000 Towers Crescent Drive Unit 1700
Vienna, VA 22182

Victoria Vish
Ogletree Deakins
8117 PRESTON RD STE 500
Dallas, TX 75225


Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 570-2024-03576 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Mindy E. Weinstein, 131 M Street, NE Fourth Floor Suite 4NWO2F, Washington, DC 20507.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 570-2024-03576 to the District Director at Mindy E. Weinstein, 131 M Street, NE Fourth Floor Suite 4NWO2F, Washington, DC 20507.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

# JS 44 - Civil Cover Sheet

Plaintiff: Andrew Bulas

Address: 14621 Lilva Dr, Centreville, VA 20120

Phone: (703) 209-1716 | Email: bulasenterprise@gmail.com

Defendant: ClubCorp USA, Inc. / Tower Club Tysons

Address: c/o Re

County of Residence of First Listed Plaintiff: Fairfax County, VA

County of Residence of First Listed Defendant: Richmond, VA

Basis of Jurisdiction: Federal Question (Title VII)

Nature of Suit: Employment Discrimination – Title VII, Retaliation, Wrongful Termination, Defamation

Origin: Original Proceeding

Requested in Complaint: Jury Trial – Yes

Signature of Attorney of Record: Pro Se (Andrew Bulas)

Date: July 30, 2025