MOTION FOR APPOINTMENT OF COUNSEL

FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2025 AUG 12 P 12: 14

Andrew Robert Bulas,

Plaintiff,

v.

Tower Club (ClubCorp),

Defendant.

Case No.: 1:25-cv-1267

COMES NOW the Plaintiff, Andrew Robert Bulas, proceeding pro se, and respectfully moves this Honorable Court for the appointment of legal counsel to represent me in the above-captioned matter pursuant to the Court's discretion and in the interest of justice. In support of this Motion, I state as follows:

1. Nature of the Case

This civil action involves claims of wrongful termination, retaliation, and workplace discrimination by the Defendant, Tower Club (ClubCorp), in violation of federal and state laws, including Title VII of the Civil Rights Act of 1964 and related Virginia statutes. The Defendant further misrepresented facts to the Virginia Employment Commission (VEC), falsely claiming I voluntarily resigned when in fact I was wrongfully terminated and forcefully removed. Additionally, the Defendant's misrepresentation to the VEC caused my unemployment benefits to be wrongfully denied at a time when I was undergoing medical treatment for a prior vehicle accident for which I was not at fault.

2. Current Hardship

I am currently homeless and undergoing ongoing medical treatment for serious injuries sustained in a T-bone accident on December 29, 2024, when an intoxicated driver ran a red light and collided with my vehicle. Although I was unable to file a police report at the time, surveillance cameras at the accident scene captured

the driver (a woman) and passenger (a man) switching seats immediately before leaving swiftly after I requested that law enforcement not be called. The driver accepted full liability for the accident at the scene before switching seats with the passenger and leaving. This incident is currently under investigation as I continue to undergo medical treatment. My injuries cause significant physical pain and limit my ability to fully represent myself in complex litigation.

3. Good Faith Efforts to Obtain Counsel

I have contacted over twenty-five law firms and legal organizations seeking representation, all of which have declined due to case complexity or financial constraints.

4. Financial Inability

I lack the financial resources to retain private counsel. I am prepared to provide documentation of my financial hardship upon request.

5. Complexity of Legal Issues

This case involves multiple witnesses, including a confidential witness, extensive documentary evidence, and complex legal issues requiring specialized legal expertise.

6. Interests of Justice

The Defendant has experienced counsel with substantial resources. Without legal representation, I will be severely disadvantaged, jeopardizing my ability to present my claims fully and fairly.

WHEREFORE, I respectfully request that this Court appoint legal counsel to represent me in this matter and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

[Signature]______________________

Andrew Robert Bulas
4600 S Four Mile Run Dr
Arlington, VA 22204
(703) 209-1716
handcraftconnoisseurs@outlook.com

**Dated: August 11, 2025**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_______________ DIVISION

Andrew Robert Bulas
Plaintiff(s),

v.

Civil Action Number: 1:25-cv-1267

(Club Corp) tower Club
Defendant(s),

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of Motion / Affidavit.
(Title of Document)

Andrew Robert Bulas
Name of *Pro Se* Party (Print or Type)

[signature]
Signature of *Pro Se* Party

Executed on: 08/12/25 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _______________.
(Title of Document)

_______________
(Name of Attorney)

_______________
(Address of Attorney)

_______________
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_______________
(Name of *Pro Se* Party (Print or Type)

_______________
Signature of *Pro Se* Party

Executed on: _______________ (Date)