COVER LETTER

Andrew Robert Bulas

4600 S Four Mile Run Dr

Arlington, VA 22204

(703) 209-1716

handcraftconnoisseurs@outlook.com

August 11, 2025

Clerk of the Court

United States District Court for the Eastern District of Virginia

401 Courthouse Square

Alexandria, VA 22314

RE: Filing of Motion for Appointment of Counsel - Bulas v. Tower Club (ClubCorp) - Case No. 1:25-cv-1267

Dear Clerk of the Court:

Please find enclosed for filing in the above-referenced case the following documents:

1. Motion for Appointment of Counsel
2. Affidavit in Support of Motion for Appointment of Counsel

I respectfully request that these documents be filed with the Court and presented to the assigned judge for consideration. I am proceeding pro se and request the Court's assistance in reviewing this motion at the earliest opportunity.

Should you require any additional information or documentation, please do not hesitate to contact me at the telephone number or email address listed above.

Thank you for your assistance.

Respectfully submitted,

[Signature]

Andrew Robert Bulas