IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ANDREW ROBERT BULAS, )
)
Plaintiff, )
)
v. ) Civil Action No. 1:25-cv-1267 (RDA/IDD)
)
TOWER CLUB (CLUBCORP), )
)
Defendant. )

**ORDER**

This matter comes before the Court on *pro se* Plaintiff Andrew Robert Bulas' Motion for Appointment of Counsel. Dkt. 5. Plaintiff's cites no authority supporting his request for appointed counsel in a civil case. As courts have recognized, "[t]here is no right to appointment of counsel in a civil case, and discretionary appointment of counsel in such cases is warranted 'only in exceptional cases.'" *Ardis v. Dickey*, 2023 WL 6996571, at * 7 (D.S.C. Oct. 24, 2023); *see also Hall v. Holsmith*, 340 F. App'x 944, 946 (4th Cir. 2009). Plaintiff's Complaint here involves a claim of wrongful termination and retaliation under Title VII of the Civil Rights Act of 1964 and related Virginia status. Dkt. 5 at 1. In a Title VII case, the Court considers the EEOC's conclusions regarding a plaintiff's claim in deciding whether to appoint counsel. *See Rollakanti v. Holy Cross Hosp.*, 2017 WL 4457771 (D. Md. Feb. 6, 2017). Here, the EEOC issued a right to sue letter and determined not to "proceed further with its investigation." Dkt. 1-1 at 3. At this point in the litigation, the Court cannot say that there are exceptional circumstances warranting appointment of counsel.

Accordingly, it is hereby ORDERED that Plaintiff's Motion for Appointment of Counsel (Dkt. 5) is DENIED without prejudice.

It is SO ORDERED.

Alexandria, Virginia
August 13, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge